IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

EVERGREEN HELICOPTERS, INC.,      09-CV-917-BR

    Plaintiff,

v.      JUDGMENT OF DISMISSAL

COMTECH ROTOR BLADES, LLC,

    Defendant.

Based on the Stipulated Dismissal (#43) filed February 18, 2011, this action is **DISMISSED**, with prejudice, and without costs or attorney fees to any party.

**IT IS SO ORDERED.**

DATED this 22nd day of February, 2011.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL